**Order entered December 22, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00892-CR

**WILLIAM LEIGH MUZOLF, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-13-67**

## ORDER

We **GRANT** the State's December 21, 2015 second motion to extend time to file a brief.

The State's brief is **DUE** on or before January 20, 2016.

/s/      MOLLY FRANCIS
           JUSTICE